UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CASE NO: 1:24-CR-00154-003 |
| ) | |
| **MICHAEL SPOSITE,** ) | |
| ) | |
| DEFENDANT. ) | |

**MOTION FOR RETURN OF PROPERTY**

On January 21, 2025, this Court granted the Government's motion to dismiss this January 6 case with prejudice. Since then, the defendants have been attempting to retrieve their property from the Government which was seized by the FBI at the onset of the prosecution. As this case was dismissed, and with prejudice, the FBI no longer has a legal basis to retain the defendant's property.

Although Counsel for the Government asked the FBI to return his property on January 21, 2025, Michael Sposite has been denied return of his property by the FBI. The Defense learned today, on January 30, 2025, that the delay is not case-specific, but has to do with the fact that Mr. Sposite is a January 6 defendant. According to FBI Chief Division Counsel for the Detroit Field Office, "[o]n January 23, 2025, the FBI's Office of General Counsel [in Washington D.C.] directed all FBI field offices not to return or dispose of evidence collected in connection with the January 6 investigations until official guidance and process has been provided."

The Government has no lawful basis on which to detain Mr. Sposite's property. The FBI's Office of General Counsel is unlawfully detaining the property.

Judge Colleen Kollar-Kotelly has already granted a motion for the return of property seized in a January 6 case. See *United States v. Urhammer*, No. 1:24-cr-00460-CKK, (D.D.C. Jan. 30, 2025)(Minute Order).

Accordingly, the Defense asks this Court to issue an Order directing the FBI to immediately release his property back to Mr. Sposite without any further delay.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: Marina@MedvinLaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on January 30, 2025, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.